AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Premier One Holdings, Inc., a Nevada Corporation, Plaintiff<br>v.<br>BAC Home Loans Servicing LP, a Texas Limited Partnership fka Countrywide Home Loa | )<br>)<br>)  Case No.: 2:13-cv-01174 - MMD-VCF<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/17/2014___ against ___Premier One Holdings, Inc.___,
                                                                   *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ 403.50 |
| Fees for service of summons and subpoena ............................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* .......................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts ........................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| TOTAL | $ 403.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid
☐ Other: _____
s/ Attorney: *Matthew Lamb*
Name of Attorney: Matthew D. Lamb

For: ___Bank of America, N.A., as successor by merger to BAC Home Loans___   Date: ___03/31/2014___
           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                           Deputy Clerk                          Date

E-Filing Details                                                                                           Page 1 of 1

**Details of filing:** *Notice to the Eighth Judicial District Court of Removal of Action to Federal Court*
**Filed in Case Number:** A-13-680870-C

| | |
|---:|---|
| **E-File ID:** | 4500834 |
| **Lead File Size:** | 1594597 bytes |
| **Date Filed:** | 2013-07-03 14:37:01.0 |
| **Case Title:** | A-13-680870-C |
| **Case Name:** | Premier One Holdings, Inc., Plaintiff(s) vs. BAC Home Loans Servicing LLP, Defendant(s) |
| **Filing Title:** | Notice to the Eighth Judicial District Court of Removal of Action to Federal Court |
| **Filing Type:** | EFO |
| **Filer's Name:** | Lucy Darilek |
| **Filer's Email:** | darilekl@ballardspahr.com |
| **Account Name:** | Ballard Spahr LLP |
| **Filing Code:** | NOTC |
| **Amount:** | $ 3.50 |
| **Court Fee:** | $ 0.00 |
| **Card Fee:** | $ 0.00 |
| **Payment:** | 05-JUL-2013 11:55:05 AM: Approved $3.50 on Visa account " Ballard Spahr LLP" [****-6542] |
| **Comments:** | |
| **Courtesy Copies:** | lvdocket@ballardspahr.com |
| **Firm Name:** | Ballard Spahr LLP |
| **Your File Number:** | Premier One/BAC Home Loans Matter#00155824 ML/eeb |
| **Status:** | Accepted - (A) |
| **Date Accepted:** | 2013-07-05 08:55:14.0 |
| **Review Comments:** | |
| **Reviewer:** | Pamela Pullan |
| **File Stamped Copy:** | |
| **Documents:** | Cover Document: <br> Lead Document: BAC_Notice of Removal.pdf   1594597 bytes |
| **Data Reference ID:** | |
| **Credit Card Response:** | System Response: VXJCAC456393 <br> Reference: |

Darilek, Lucy C. (LV)

| | |
|---|---|
| From: | cmecf@nvd.uscourts.gov |
| Sent: | Wednesday, July 03, 2013 2:38 PM |
| To: | cmecfhelpdesk@nvd.uscourts.gov |
| Subject: | Activity in Case 2:13-cv-01174-MMD-VCF Premier One Holdings, Inc. v. BAC Home Loans Servicing LP et al Petition for Removal |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

Notice of Electronic Filing

The following transaction was entered by Lamb, Matthew on 07/03/2013 at 2:12:32 PM PDT and filed on 07/03/2013

| | |
|---|---|
| Case Name: | Premier One Holdings, Inc. v. BAC Home Loans Servicing LP et al |
| Case Number: | 2:13-cv-01174-MMD-VCF |
| Filer: | BAC Home Loans Servicing LP |
| Document Number: | 1 |

Docket Text:
PETITION FOR REMOVAL from Eighth Judicial District Court of Nevada, Case Number A-13-680870-C, (Filing fee $ 400 receipt number 0978-2876471), filed by BAC Home Loans Servicing LP. Certificate of Interested Parties due by 7/13/2013. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E) (Lamb, Matthew)

2:13-cv-01174-MMD-VCF Notice has been electronically mailed to:

Abran E. Vigil vigila@ballardspahr.com, LVDocket@ballardspahr.com, wranghamc@ballardspahr.com

Charles D Lombino cdl@lombino.com

Edward Chang change@ballardspahr.com, lvdocket@ballardspahr.com, wranghamc@ballardspahr.com

Matthew David Lamb lambm@ballardspahr.com

1